FORM 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                     :
AMINI INNOVATION CORP.,              :
                                     :
                Plaintiff,           :
                                     :           SUMMONS
        v.                           :
                                     :           Court No. 23-00090
UNITED STATES,                       :
                                     :
                Defendant.           :
                                     :
_____x
```

TO:   The Attorney General and the Department of Commerce:

> **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

> /s/ **Mario Toscano**
> Clerk of the Court

1. <u>Name and standing of plaintiff</u>: Plaintiff in this action is Amini Innovation Corp. As a U.S. importer of furniture that requested a scope ruling, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a) and was a party to the proceeding that led to the scope determination being challenged. Plaintiff participated in the proceeding through the submission of a scope ruling application and written responses. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final scope determination for Upholstered Furniture for the antidumping duty order on Wooden Bedroom Furniture from the People's Republic of China. *See* Wooden Bedroom Furniture from the People's Republic of China: Final Scope Ruling on Amini Innovation Corporation's Upholstered Furniture (April 18, 2023). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(vi) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the mailing of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A)(ii).

3. <u>Effective date of the determination</u>: April 18, 2023.

4. <u>Date of publication in the Federal Register of the contested determination</u>: Not applicable; the contested determination was dated April 18, 2023, and received via Federal Express on April 26, 2023.

                                                   Respectfully submitted,

                                                   <u>/s/ *Jordan C. Kahn*</u>
Jordan C. Kahn
Michael S. Holton
Kavita Mohan

**GRUNFELD, DESIDERIO, LEBOWITZ SILVERMAN & KLESTADT LLP**
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  April 26, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

                                                                  The Honorable Mario Toscano
                                                                  Clerk of the Court

Date: April __, 2023                                By:_____