UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8A

| | |
|---|---|
| AMINI INNOVATION CORP.,<br><br>                       Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>                       Defendant. | Court No. 23-00090 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Dated:  November 6, 2023

/s/ Jordan C. Kahn
Jordan C. Kahn, Esq.
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT, LLP

1201 New York Avenue, NW., Suite 650
Washington, DC 20005
(202) 661-7784
Fax: (202) 783-0405
Email: jkahn@gdlsk.com

Attorney for Plaintiff Amini Innovation Corp.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Stephen C. Tosini
STEPHEN C. TOSINI
Senior Trial Counsel

| | |
|---|---|
| OF COUNSEL:<br><br>JARED CYNAMON<br>Attorney<br>Office of the Chief Counsel for Trade<br>Enforcement and Compliance<br>United States Department of Commerce | Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-5196<br>Fax: (202) 305-2062<br>Email: stephen.tosini@usdoj.gov<br><br>Attorneys for Defendant, United States<br><br>/s/ Daniel L. Schneiderman<br>J. Michael Taylor<br>Daniel L. Schneiderman<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 737-0500<br><br>*Counsel for Defendant-Intervenor* |

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: _____

                                              Clerk, U. S. Court of International Trade

                                          By:_____
                                                    Deputy Clerk